IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-205-1FL
NO. 5:10-CR-205-2FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| LOC HUU BUI | : |
| a/k/a "Lance" Bui and | : |
| | : |
| NGHI HUU BUI | : |
| a/k/a "Anthony" Bui | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of Memorandum of Plea Agreements entered into by the defendants, Loc Huu Bui and Nghi Huu Bui, on November 9, 2010, the following property is hereby forfeitable pursuant to 18 U.S.C. § 982, to wit:

ELECTRONICS:

> Gateway Laptop Computer S/N: N1A79E1067941; Dell XPSA Laptop Computer S/N: JVZZ571; Sony Vaio Laptop Computer S/N: C3LQ8JQ7; Toshiba Laptop Computer S/N: 99114025K; HP Desktop Computer S/N: HP3CR8271VBY; Toshiba Laptop Computer S/N: 89395401K; Zune Multimedia Player S/N: 003451164710; Magellan GPS S/N: 0746208091319; SimpleTech 500 GB External Hard Drive; SanDisk Cruzer 4GB USB Storage Device; PNY 4GB USB Storage Device; PNY 2GB USB Storage Device; 4GB Transcend Micro SD Card; SanDisk Micro SD Card 256 MB; SanDisk Micro SD 4GB Storage Card; 512 MB USB Storage Device Blue and Silver in Color; Black in Color Cell Phone Simm Card S/N: 000802980998330; Yellow in Color Cell Phone Simm Card S/N: 000824311150310; Yellow in Color Cell Phone Simm Card S/N: 000812524661310; Sliver in Color Cell Phone Simm Card S/N: 000823994284300; 512 MB Sony Memory Stick; PNY 4GB SC Card; Skimming Device Labeled "Jenny"; Skimming Device Labeled "Susie"; Skimming Device Marked "1"; Skimming Device Marked "2"; Sony Ericsson Cell Phone Model: W760i, S/N: BD330003BT; Nokia Cell Phone Model: 5310b Xpress Music, S/N: 359813/01/086334/1; Motorola Cell Phone Model: i465,

S/N: 364VKN32HQ; Motorola Cell Phone Model: i776, S/N: 364VKCMPL6; MiPhone Cell Phone Model: M88, S/N: TJM8820080801637; Nokia Cell Phone Model: 6288, S/N: 00192DE6657F; TMobile Google Cell Phone S/N: HT96VLV04532; Motorola Cell Phone Model: i880, S/N: 364VHLK4K7; Motorola Cell Phone Model: i290, S/N: 364VKH83YK; PS2 Logging Device.

Unknown Memory Device S/N: 460048055505550; Box of 10 PS2Logging Devices; Neonoend Mp3 Player S/N: 357784010510038; Box of 10 Circuit Boards; Nikon Digital Camera D40 S/N: US7003447 (including any connected storage media); Motorola GPS Unit S/N: 8322520804990 (Inside Infinity); Dell Laptop Computer S/N: 23H89K1; HP M800 Tower Computer S/N: MXX8310783; Sony PS3 S/N: CE121947956-CECHA01; Microsoft XBox360 S/N: 4105566661205; Microsoft XBox S/N: 504706614602; Dell Laptop S/N: 18259498297; Sony PSP S/N: PP225292938-PSP1001; Lacie External Hard Drive (No S/N); Dell Pocket PC S/N: 36087792805; Maxtor External Hard Drive S/N: Y3M84C5E; LG Cell Phone VX8700 S/N: 709KPLC0743216; Creative Zen 1GB Zen MP3 Player S/N: 816H (last four); Motorola i290 Cell Phone S/N: 364VKH84LJ; Motorola Tracfone Cell Phone S/N: F32GGRR538; HP M800 Computer S/N: MXX8310783; Sony Playstation 3 S/N: CE121947956-CECHA01; Xbox 360 S/N: 410566661205; Xbox S/N: 504706614602; Dell Laptop S/N: 18259498297; Sony PSP S/N: PP225292938-PSP1001; Lacie External/Removable Hard Drive; Dell Pocket PC S/N: 36087792805; Maxtor External/Removable Hard Drive S/N: Y3M84C5E; Dremel Drill Tool and Kit; MSRW508v2 Card Reader/Encoder; MCT12RWUSB Card Reader/Encoder; Metal Case Containing Skimming Equipment and Skimming Equipment; RBC 1003BK Currency Counter; HP W2408 Flat Panel Monitor, S/N: 00000310393; Vizio V0240E TV/Monitor, S/N: LQKECAK212003;

VEHICLE: 2005 Chevrolet Colorado, VIN: 1GCCS198258292474, No Registration Assigned.

CURRENCY: $81,822 U. S. Currency

2

BANK ACCOUNTS:

    Bank of America Accounts - 237015874816; 237015874832; 146218396; 002668138430; and
    RBC Centura Accounts - 0218773380; 0212296632.

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreements as to the defendants, Loc Huu Bui and Nghi Huu Bui, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendants.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Secretary of Treasury directs, by publishing and sending notice in the same manner as

3

in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendants, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 24th day of November, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Judge

N:\BHartley\afcrim.dir\Bui Preliminary Order of Forfeiture.wpd

4